MICHAEL J. PIETRYKOWSKI (SBN: 118677)
mpietrykowski@gordonrees.com
JAMES SCADDEN (SBN: 90127)
jscadden@gordonrees.com
GLEN R. POWELL (SBN: 219453)
gpowell@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendant
AIR & LIQUID SYSTEMS CORPORATION,
successor by merger to BUFFALO PUMPS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| EDWARD GUY BUCK and MARYLN BUCK, | CASE NO.  3:10-CV-05958 JCS |
|---|---|
| Plaintiffs, | San Francisco County Superior Court CGC-10-275694 |
| v. | |
| A.W. CHESTERTON COMPANY; AIR & LIQUID SYSTEMS CORPORATION, as successor by merger to BUFFALO PUMPS, INC.; ALFA LAVAL, INC., individually and as successor interest to SHARPLES, INC., ALFA LAVAL SEPARATION, INC., and DELAVAL SEPARATOR COMPANY; BAYER CROPSCIENCE, INC.; formerly known as AMCHEM PRODUCTS, INC., and BENJAMIN FOSTER COMPANY; BW/IP, INC., and its wholly-owned subsidiaries; CRANE CO.; CROWN CORK & SEAL COMPANY, INC., individually and as successor to MUNDET CORK COMPANY; EATON CORPORATION, individually and as successor in interest to EATON ELECTRICAL, INC., formerly known as CUTLER-HAMMER, INC.; ELLIOTT COMPANY, also known as ELLIOTT TURBOMACHINERY COMPANY, INC.; ERICSSON INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS EUS INC., individually and as successor in interest to ANACONDA CABLE & WIRE COMPANY and CONTINENTAL WIRE & CABLE COMPANY; GENERAL ELECTRIC | **DEFENDANT AIR & LIQUID SYSTEMS CORPORATION, SUCCESSOR BY MERGER TO BUFFALO PUMPS, INC.'S DISCLOSURE STATEMENT** |

1  COMPANY; GOULDS PUMPS,
   INCORPORATED; GRAYBAR ELECTRIC
2  COMPANY, INC.; HILL BROTHERS
   CHEMICAL COMPANY; IMO INDUSTRIES,
3  INC., individually and as successor in interest to
   DELAVAL STEAM TURBINE CO.;
4  INGERSOLL-RAND COMPANY, individually
   and as successor in interest to TERRY STEAM
5  TURBINE COMPANY; J.T. THORPE & SON,
   INC.; JOHN CRANE, INC., as successor to
6  CRANE PACKING COMPANY and JOHN
   CRANE-HOUDAILLE, INC.; METALCLAD
7  INSULATION CORPORATION, individually
   and as successor in interest to NORTHERN
8  CALIFORNIA INSULATION; OWENS-
   ILLINOIS, INC.; PARKER-HANNIFIN
9  CORPORATION, individually and as successor
   in interest to SACOMO-SIERRA; QUINTEC
10 INDUSTRIES, INC.; RAPID-AMERICAN
   CORPORATION; ROCKWELL
11 AUTOMATION, INC., individually and as the
   successor I interest to ALLEN BRADLEY
12 COMPANY, LLC; SB DECKING, INC.,
   formerly known as SELBY, BATTERSBY &
13 COMPANY; SCHNEIDER ELECTRIC USA,
   INC., formerly known as SQUARE D CO.;
14 SEPCO CORPORATION; SULZER PUMPS
   (US) INC.; THE WM. POWELL COMPANY;
15 UNION CARBIDE CORPORATION;
   UNIROYAL HOLDING, INC.; VIAD
16 CORPORATION, individually and as successor
   in interest to GRISCOM-RUSSELL and DIAL
17 CORPORATION; WARREN PUMPS, LLC;
   and DOES 1-500, Inclusive,
18
                      Defendants.
19

20

21 TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

22     Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies that the

23 following listed persons, associations of persons, firms, partnerships, corporations (including

24 parent corporations) or other entities have a pecuniary interest in the subject matter in

25 controversy or in a party to the proceeding:

26     AIR & LIQUID SYSTEMS CORPORATION, successor by merger to BUFFALO

27 PUMPS, INC. is a wholly-owned subsidiary of Ampco-Pittsburgh Corporation. Utica National

28 Insurance Group, Resolute Management, Inc. and Liberty Mutual also have a pecuniary

1 | interested in the subject matter in controversy or in a party to the proceeding.

2 | Dated: January 4, 2011     GORDON & REES LLP

By: _____
MICHAEL J. PIETRYKOWSKI
GLEN R. POWELL
Attorneys for Defendant
AIR & LIQUID SYSTEMS CORPORATION, successor by merger to BUFFALO PUMPS, INC.

BUFFP/1063574/8927992v.1

-3-
CERTIFICATE OF INTERESTED PARTIES

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP, Embarcadero Center West, 275 Battery Street, Suite 2000, San Francisco, CA 94111. On **January 5, 2011**, the following documents:

**DEFENDANT AIR & LIQUID SYSTEMS CORPORATION, SUCCESSOR BY MERGER TO BUFFALO PUMPS, INC.'S DISCLOSURE STATEMENT**

☒ (By Electronic Transfer) I caused the above document to be served through CM/ECF addressed to all parties appearing on the electronic service list on the date executed below. The file transmission was reported as complete and a copy of the "file & serve receipt" page will be maintained with the original document(s) in our office.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on **January 5, 2011**, at San Francisco, California.

_Samantha Oryall_
Samantha Oryall

BUFFP/1067138/9013127v.1